*Samuel Barrow v.*
*Terminix International Company, L.P., et al*

---

*Katrina Helmkamp*
*November 03, 2009*

---



**Moretti&Murphy**
REPORTING
A DIVISION OF MORETTI GROUP

*Where technology meets integrity and people make the difference*

**Conference rooms statewide**
**Videoconference Facilities**
**Kalamazoo    Grand Rapids    Lansing**
**Ann Arbor    Detroit    Troy**
800.536.0804    www.morettigroup.net    269.343.0118

*Original File 110309KH.txt*
*Min-U-Script® with Word Index*

1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
2                   WESTERN DIVISION

3

4

5

6     SAMUEL BARROW,

7              Plaintiff,

8

9

10    vs                          File No. 3:07 CV 0324

11

12

13    TERMINIX INTERNATIONAL
      COMPANY, L.P., and GEORGE
14    VENTURELLA,

15              Defendants.

16                                        /

17

18

19

20

21       The videotaped deposition of KATRINA HELMKAMP, taken

22    before Karyn S. Schultz, CSR-4269, Certified Shorthand

23    Reporter and Notary Public, at 211 Hilltop Road, St.

24    Joseph, Michigan, on the 3rd of November, 2009,

25    commencing at 2:09 p.m., pursuant to notice.

2

1                          APPEARANCES:

2

3            FOR THE PLAINTIFF:

4                    MR. DAVID G. TORCHIA
                     Tobias, Kraus & Torchia
5                    911 Mercantile Library Bldg.
                     414 Walnut Street
6                    Cincinnati, Ohio 45202

7

8            FOR THE DEFENDANT:

9                    MR. THOMAS M. L. METZGER
                     Littler Mendelson
10                   21 East State Street, Ste. 1600
                     Columbus, Ohio 43215

11

12           ALSO PRESENT:

13                   RICHARD JOHNSON, Videographer
                     DAVID GRUMBINE

14

15

16                          INDEX

17

     Examination by Mr. Metzger                    4
18   Examination by Mr. Torchia                   18
     Further Examination by Mr. Metzger           24
19

20

21                          EXHIBITS

22   (Marked in previous depositions, referenced today).

23   Plaintiff's Exhibit 7 - 7-15-05 Letter
     Plaintiff's Exhibit 8 - 7-19-05 Letter
24   Plaintiff's Exhibit 10 - 7-21-05 Letter
     Plaintiff's Exhibit 11 - 7-25-05 Letter
25

**Katrina Helmkamp - November 03, 2009**

3

1              P  R  O  C  E  E  D  I  N  G  S

2

3              THE VIDEOGRAPHER:  Let the record reflect that

4        we are here to take the videotaped deposition of

5        Katrina Helmkamp in the matter of Samuel Barrow versus

6        Terminix International Company, L.P., and

7        George Venturella, Defendants, in the U.S. District Court

8        for the Southern District of Ohio, Western Division.

9        Today is Tuesday, November 3rd, 2009.  The time is 2:09

10       p.m.  We are located at 211 Hilltop Road, St. Joseph,

11       Michigan.

12              Would counsel identify themselves for the

13       record, please?

14              MR. METZGER:  I am Tom Metzger with Littler

15       Mendelson, here on behalf of Terminix and

16       George Venturella, the Defendants in this matter.

17              MR. TORCHIA:  I am David Torchia here on behalf

18       of the Plaintiff, Sam Barrow.

19              THE VIDEOGRAPHER:  Would the court reporter

20       please swear in the witness?

21

22                   KATRINA HELMKAMP,

23       the witness herein, having been first duly sworn, was

24       examined and testified as follows:

25

**Katrina Helmkamp - November 03, 2009**

```
 1                         EXAMINATION

 2        BY MR. METZGER:

 3   Q    Good afternoon.

 4   A    Good afternoon.

 5   Q    Can you please introduce yourself to the Jury and the

 6        Court and state your full name?

 7   A    Sure.  My name is this Katrina Helmkamp.  And I have a

 8        permanent residence at 2315 Poplar Avenue in Evanston,

 9        Illinois, 60201.

10   Q    And may I call you Ms. Helmkamp?

11   A    Yes.

12   Q    Very good.  Where do you currently work?

13   A    I work at Whirlpool Corporation.

14   Q    And how long have you worked with Whirlpool?

15   A    I joined Whirlpool October of 2007.

16   Q    And with Whirlpool where are you based?

17   A    I'm based in Benton Harbor, Michigan.

18   Q    Ms. Helmkamp, were you at one time employed with

19        Terminix?

20   A    Yes, I was.

21   Q    When did you start working with Terminix?

22   A    I started at Terminix in January of 2005.

23   Q    What position were you hired into at Terminix?

24   A    I joined as president of Terminix.

25   Q    And how long were you the president of Terminix?
```

**Katrina Helmkamp - November 03, 2009**

5

1   A    I was president of Terminix until, it would have been

2         November or December of 2006, when I was promoted to a

3         group president role within ServiceMaster.  And then I

4         was responsible for Terminix and the two TruGreen

5         companies.

6   Q    And how long did you remain with Terminix and

7         ServiceMaster?

8   A    I left ServiceMaster in August of 2007.

9   Q    And so you served as president of Terminix, and in other

10        roles, for approximately two-and-a-half years, is that

11        correct?

12  A    Yes, in total with ServiceMaster, that's right.

13  Q    As president of Terminix where were you based?

14  A    I was based in Memphis.

15  Q    And why was the office in Memphis?

16  A    Where was it?

17  Q    Why was it?

18  A    Why was it.  Oh, because all of the operations were based

19        in Memphis, Tennessee.

20  Q    And can you briefly explain to the Jury and to the Court

21        what were your responsibilities as president of the

22        company?

23  A    At a high level, I had responsibility for both growth of

24        the overall business, but also improvement in

25        profitability.  Had responsibility for all of our service

**Katrina Helmkamp - November 03, 2009**

6

1          lines, both pest control and termite.  Had responsibility

2          over what at the time were more than 300 company owned

3          branches, and about two million customers across both the

4          pest and termite customers, and about 10,000 associates.

5  Q    And that anticipates some of my questions about the size

6          of the company.  You say that there were approximately

7          10,000 employees with the company?

8  A    Yes, that's right.

9  Q    Over what area?  Was that just within the United States

10        or worldwide?

11  A    That was over all of Terminix.  But Terminix was very

12        heavily concentrated in the U.S.  We had a few employees

13        in Mexico.  And then we had a few franchisees outside of

14        U.S. and Mexico.

15  Q   And with respect to the branches, approximately how many

16        branches were there with Terminix at the time that you

17        were president of the company?

18  A    When I first joined in 2005, there were something a

19        little over 300 branches.  I believe it was closer to 400

20        locations by the time I moved into my next role in

21        ServiceMaster.

22  Q   And did you oversee this entire operation as president of

23        Terminix?

24  A    Yes, I did.

25  Q   As president of Terminix, did you also have a variety of

**Katrina Helmkamp - November 03, 2009**

7

```
 1        individuals reporting to you?
 2   A    Yes.  When I joined as president of Terminix, I had ten
 3        direct reports plus my administrative assistant.
 4   Q    What types of positions were reporting directly to you as
 5        president?
 6   A    Okay.  I had three people who were in operating roles.
 7        The chief operating officer was Tom Brackett.  I had
 8        Wayne Golden who was the head of our commercial pest
 9        control business.  I had Lou Rossi who was in charge of
10        our new business development and acquisitions.  And then
11        I had heads of the various functional areas.  I had chief
12        financial officer, Steve Howard.  I had chief marketing
13        officer, Steve Good.  I had head of HR, who was initially
14        Bill Young, and then became Arlen Small in that head of
15        HR role, approximately February of '05.  And then I had a
16        chief information officer, Lee Crump.  I had two
17        co-counsels, Terry Wheel and Steve Carter.  And I had
18        someone in charge of government affairs who was
19        Norm Goldenberg.
20   Q    And at the more local level, were there branch managers
21        over the 300 plus branches or service centers?
22   A    Yes.  There was a branch manager in charge of each of the
23        branches.
24   Q    Also at the local level, would there be service techs and
25        sales representatives?
```

**Katrina Helmkamp - November 03, 2009**

8

1   A   Yes.  Within each branch, we had service techs, both pest

2       control and termite control service techs, and then we

3       also had sales reps, and a few admin people.

4   Q   Did those individuals, such as the service techs, go into

5       customers' homes and businesses to perform services on

6       behalf of the company?

7   A   Yes.  The service techs and the sales representatives had

8       occasion to go into consumers' homes or business

9       customers' places the business.

10  Q   Did Terminix conduct background checks on these

11      individuals who were performing those services for the

12      customers of the company?

13  A   Terminix conducted background checks.  Those were

14      criminal background checks, those were moving vehicle

15      checks, as well as drug tests.  And that was not just

16      Terminix, that was ServiceMaster policy.  So that really

17      applied to all of the ServiceMaster business units.

18  Q   As president of Terminix, did you believe it was

19      important to conduct those background checks?

20  A   Yes.  We viewed it as a point of competitive

21      differentiation.  And that was why ServiceMaster, as the

22      parent company, had chosen to do that.  We were able to

23      tell our consumers that anyone who would be in their home

24      had had a drug test, had been background checked.  If

25      they were driving a company vehicle, they had had moving

**Katrina Helmkamp - November 03, 2009**

9

| | | |
|---|---|---|
| 1 | | vehicle checks.  And we thought that was an important |
| 2 | | thing that we could offer our consumers.  Not all of our |
| 3 | | competitors did that. |
| 4 | Q | When you were hired by Terminix, did you go through a |
| 5 | | criminal background check? |
| 6 | A | Yes, I did.  I went through all three of those, the drug |
| 7 | | test, the criminal background check, and the moving |
| 8 | | vehicle record check. |
| 9 | Q | As president of the company, were you ever aware of any |
| 10 | | exception to the requirement that individuals who were to |
| 11 | | be employed by the company as a full-time employee go |
| 12 | | through that full background check process? |
| 13 | A | No, there would not have been exceptions to that. |
| 14 | Q | Samuel Barrow has sued Terminix, as well as an individual |
| 15 | | by the name of George Venturella in this matter.  During |
| 16 | | the time that you were employed with Terminix, did you |
| 17 | | ever meet Mr. Barrow? |
| 18 | A | No, I did not. |
| 19 | Q | Have you ever met Mr. Barrow at any time? |
| 20 | A | No. |
| 21 | Q | While you were at Terminix, did you ever hear that |
| 22 | | Mr. Barrow had applied for a position with the company? |
| 23 | A | No, I did not. |
| 24 | Q | Mr. Barrow allegedly sent some letters to the company. |
| 25 | | And I'm going to show you these documents as previously |

**Katrina Helmkamp - November 03, 2009**

10

1       marked by the Plaintiff.  The first is Plaintiff Exhibit

2       Number 7, dated July 15, 2005.  And I will ask that you

3       review that letter.

4                  Have you had an opportunity to review that?

5    A   Yes, I did.

6    Q   Your name is on the letter, on the bottom indicating that

7       you were copied.  Do you see that?

8    A   Yes, I do.

9    Q   First of all, do you see any address to where this letter

10      was allegedly sent?

11   A   No, there is no address.

12   Q   Do you see any e-mail address?

13   A   No.

14   Q   If this letter was sent, is there anything to indicate

15      how it was sent?

16   A   No, there is not.

17   Q   Does it indicate where Mr. Barrow is?

18   A   No, there is no address for him.

19   Q   Did you ever see that letter while you were employed at

20      Terminix?

21   A   No, I did not.

22   Q   Did you ever discuss that letter or its contents with

23      anyone while you were at Terminix?

24   A   No.

25   Q   Mr. Ward's name is on the letter, Jonathan Ward.

**Katrina Helmkamp - November 03, 2009**

1   A   Um-hmm.

2   Q   Who is he?

3   A   He was the CEO of ServiceMaster.

4   Q   And, again, what is ServiceMaster as it relates to

5       Terminix?

6   A   ServiceMaster is the parent company.  And then within

7       ServiceMaster, there are a number of business units.  At

8       the time Terminix, two TruGreen companies, Merry Maids,

9       et cetera.

10  Q   Did you ever discuss Mr. Barrow with Jonathan Ward at any

11      time while you were employed with the company?

12  A   No.

13  Q   Did Mr. Ward ever indicate to you that he had received

14      any letters or communication from Mr. Barrow?

15          MR. TORCHIA:  Objection.  Hearsay.

16  A   No, he did not.

17  Q   (BY MR. METZGER)  Ernest Mrozek, his name is on there.

18      Who is he?

19  A   Ernie Mrozek at various points in his career was CFO and

20      COO, chief operating officer, for ServiceMaster.  I don't

21      remember what his position was, whether it was chief

22      financial officer or chief operating officer at this

23      point in time, July of 2005.  But he would have been

24      reporting directly to John Ward.

25  Q   Did you ever discuss Mr. Barrow or any alleged letter

**Katrina Helmkamp - November 03, 2009**

12

1       with Mr. Mrozek at any time when you were employed with

2       the company?

3   A   No.

4   Q   And there is one other name on the letter, James Goetz.

5       Who is he?

6   A   Jim Goetz was the CIO, the chief information officer, in

7       charge of IT, again for all of ServiceMaster.  So he was

8       reporting directly to John Ward.

9   Q   And did you ever discuss Mr. Barrow or any alleged letter

10      that Mr. Barrow may have sent with Mr. Goetz at any time

11      that you were employed with the company?

12  A   No, I did not.

13  Q   Let me also show you Plaintiff's Exhibit Number 8, which

14      is a letter dated July 19, 2005.  Please take a moment to

15      review that.

16  A   Okay.

17  Q   Again, do you see any address or any indication as to how

18      this may have been sent?

19  A   No, I do not.

20  Q   Did you ever see this letter while you were at Terminix?

21  A   No.

22  Q   Did you ever discuss this letter or its contents with

23      anyone while you were at Terminix?

24  A   No.

25  Q   Or with ServiceMaster whatsoever?

**Katrina Helmkamp - November 03, 2009**

13

1  A    No.

2  Q    Plaintiff's Exhibit Number 10 is a letter dated July 21,

3        2005.  Please take a moment to review that.

4  A    Okay.

5  Q    Did you ever see that letter while you were at Terminix

6        or ServiceMaster?

7  A    No.

8  Q    Did you ever discuss that letter or its contents with

9        anyone while you were at Terminix or ServiceMaster?

10  A    No.

11  Q    Plaintiff's Exhibit Number 11 is a letter that allegedly

12        was written on July 25, 2005.  Please take a moment to

13        review that letter.

14  A    Okay.

15  Q    Did you ever see that letter while you were at Terminix

16        or ServiceMaster?

17  A    No.

18  Q    Did you ever discuss that letter or its contents with

19        anybody at Terminix or ServiceMaster while you were

20        employed there?

21  A    No.

22  Q    There is another name that shows up at the bottom of this

23        alleged letter.  Do you know who that is referring to?

24        It starts with George.

25  A    No.  It says, George Ventureus, branch manager.

**Katrina Helmkamp - November 03, 2009**

14

1    Q    Did you ever see any letter that Mr. Barrow had allegedly

2         sent directly into the company during the time that you

3         were with Terminix or with ServiceMaster?

4    A    No.

5    Q    By the way, did Mr. Barrow ever call you?

6    A    No, he did not.

7    Q    Did Mr. Barrow ever e-mail you?

8    A    No.

9    Q    Did Mr. Barrow ever send you a facsimile or a fax?

10   A    No.

11   Q    Did he ever send you a certified letter?

12   A    No.

13   Q    Did Mr. Barrow ever send you any letter by Express Mail

14        or by Federal Express?

15   A    No.

16   Q    Now, George Venturella was working at the Dayton location

17        of Terminix in 2005.  While you were with Terminix or

18        ServiceMaster, did you ever discuss Mr. Barrow with

19        Mr. Venturella?

20   A    No.

21   Q    Did Mr. Venturella ever indicate to you that he had

22        received letters from Mr. Barrow?

23             MR. TORCHIA:  Objection.

24   A    No, he did not.

25   Q    (BY MR. METZGER)  While you were with Terminix and

**Katrina Helmkamp - November 03, 2009**

15

1      ServiceMaster, did you ever discuss Mr. Barrow with a

2      Mr. Nathan Caulfield?

3  A   No.

4  Q   While you were with Terminix and ServiceMaster, did you

5      ever discuss Mr. Barrow with a Mr. Bobby Lowe?

6  A   No.

7  Q   Do you know who Matt Maher is?

8  A   I do remember Matt Maher.  He was one of the regional

9      human resources, HR people for Terminix.

10 Q   And during the time that you were with Terminix and

11     ServiceMaster, did you ever discuss Mr. Barrow with

12     Mr. Maher?

13 A   No.

14 Q   While you were at Terminix and ServiceMaster, did you

15     have any meetings or conferences regarding Mr. Barrow?

16 A   No.

17 Q   Have you ever had a conversation with a person by the

18     name of Doug Rix regarding Samuel Barrow?

19 A   No.

20 Q   Have you ever had a conversation with Doug Rix at all?

21 A   No.

22 Q   Have you ever met him?

23 A   No.

24 Q   There are accusations that you were speaking about

25     Mr. Barrow while in a bar in Dayton, Ohio in 2007.  Now,

**Katrina Helmkamp - November 03, 2009**

16

```
 1          let's discuss that briefly.  Were you in a bar in Dayton,
 2          Ohio in the beginning of 2007?
 3    A     No, absolutely not.
 4    Q     Were you in a bar in Dayton, Ohio at any time in 2007?
 5    A     No.
 6    Q     Were you in Dayton, Ohio at any time in 2007?
 7    A     No.
 8    Q     For any purpose?
 9    A     No.
10    Q     How are you so sure of that?
11    A     Because I spent a fair amount of time in the field in
12          2005 when I was new as the president of Terminix.  I
13          purposely made it out and visited every single one of our
14          regions.  And at the time we had somewhere between 40 and
15          45 regions.  I made it a point of visiting all the
16          regions during my first year as president.  Typically,
17          while I was in the region, I would then visit one or two
18          branches.  And I recall visiting Dayton in 2005 as part
19          of a sales kick-off, which means it was probably in
20          spring of 2005.  I could have visited Dayton in the early
21          part of 2006, although I don't believe I did.  I am
22          confident I did not visit Dayton any time August, 2006 or
23          after because starting about August of 2006 I was
24          consumed with ultimately moving into my new role within
25          ServiceMaster, which was later in '06.  So then my visits
```

**Katrina Helmkamp - November 03, 2009**

17

 1    were very focused on the TruGreen branches.  And then

 2    also the company ended up going through a sale process.

 3    The ServiceMaster Company ultimately sold to a private

 4    equity firm.  So what I recall is that in the back part

 5    of 2006, and in the rest of 2007 when I was with

 6    ServiceMaster, I had very, very limited time to be out in

 7    the field.  The few trips that I made out to the field I

 8    can remember because they were focused on TruGreen

 9    branches.  Almost all my time was spent in either Memphis

10    or in New York working on what ultimately became the sale

11    to the private equity company.

12  Q    So if someone, such as Mr. Rix, alleges that they spoke

13        with you in a bar in Dayton, Ohio in early, 2007, would

14        that be a false allegation?

15  A    Yes, that would be a false allegation.

16  Q    And if someone, such as Mr. Rix, alleges that while in a

17        bar in Dayton, Ohio you were making statements about

18        Sam Barrow, would that be a false allegation?

19  A    Absolutely that would be false.

20  Q    Have you ever had a conversation with a person named

21        Angela Hyatt regarding Samuel Barrow?

22  A    No, I have not.

23  Q    Have you ever met Angela Hyatt?

24  A    No.

25  Q    And if someone, such as Angela Hyatt, alleges that in

**Katrina Helmkamp - November 03, 2009**

18

```
1        2007, you were making statements about Sam Barrow and his
2        allegations, would that be a false allegation?
3    A   Yes, that would be false.
4    Q   And if someone, such as Angela Hyatt, alleges that you
5        were making statements about Mr. Barrow to
6        Nathan Caulfield, would that be a false allegation?
7    A   Yes, that would be false.
8    Q   Have you ever had a conversation with a person named
9        Russell Osborn?
10   A   No.
11   Q   Have you ever met Russell Osborn?
12   A   No.
13              MR. METZGER:  Ms. Helmkamp, thank you very much
14       for your time today.  I have no further questions.
15
16                   EXAMINATION
17       BY MR. TORCHIA:
18   Q   Ms. Helmkamp, you have testified before that you had an
19       administrative assistant who reported directly to you,
20       correct?
21   A   Yes, that's right.
22   Q   And she was the person who was responsible for opening
23       your mail, correct?
24   A   Yes, she did.
25   Q   And she had discretion to open your mail.  And if she saw
```

19

1     that the mail complained a containt (sic) -- contained a

2     complaint, she had discretion to send that back to the

3     branch for resolution, right?

4  A  Over time, my assistant learned how I typically asked for

5     resolution on anything that came to me.  If it was an

6     employee complaint, then typically I would be giving it

7     to either legal or HR to investigate.

8  Q  Okay.

9  A  So my assistant, after she learned my habits, could have

10    already given it to legal or HR to look into.  But she

11    would have also put a copy on my desk.

12 Q  Okay.  And if it was a complaint that your assistant

13    believed to be a consumer complaint, she would send that

14    back to the branch for resolution as the first step,

15    right?

16 A  If it were a consumer complaint that came to my office,

17    she would typically send it back to the branch initially.

18    Ask them to resolve it.  Let us know when and how it was

19    resolved.  And then we would follow up with a letter from

20    me.

21 Q  Okay.  And there was at Terminix a mail system that

22    didn't involve certified mail or U.S. Mail, correct?

23    There was --

24 A  There was at least some mail system where we could send

25    material out to the branches.  Because I know when we

**Katrina Helmkamp - November 03, 2009**

20

1       wanted to get consistent information out to the branches

2       we did have a mail system that went out to the branches.

3  Q   Okay.

4  A   And it was -- it was more a collection of mail.  So it

5       would not have been certified, and I don't believe it was

6       overnight.

7  Q   Okay.  When you say we, you mean the home office?

8  A   The home office, that's right.

9  Q   Okay.  And by the same token, there was a collection

10      system -- a delivery system from the branches to the home

11      office by the same reverse process?

12  A   I believe there was.  You should really ask someone who

13      is still at Terminix to describe that.

14  Q   And it is -- it is your testimony -- it has been your

15      testimony that none of the letters that Mr. Metzger

16      showed you ever came across your desk or you didn't

17      recognize them, you haven't seen them before.

18      Approximately a year -- a year ago we had your deposition

19      roughly, right?

20  A   Yes, that's correct.  And I do not recognize the name.

21      I'm confident that those did not come across my desk.

22  Q   Okay.  Which means either your secretary did something

23      with them or you never saw them or nobody followed up

24      from HR or legal with you about those, correct, if they

25      were received?

**Katrina Helmkamp - November 03, 2009**

1  A    I find it hard to believe that they were received.

2       Because if they were received, they would have also at

3       least had a copy on my desk.  And if I had received this

4       many letters from the same person in such a short time

5       period I'm confident I would remember the name.

6  Q    Okay.  You thought Mr. Barrow may have been a -- when you

7       first heard that there was a lawsuit, you thought he may

8       have been a customer?

9  A    Yes.  When I first heard that there was a lawsuit, and

10      all it said was Samuel Barrow versus Terminix, I assumed

11      it was probably a customer only because with two million

12      customers and 10,000 associates, we were more likely to

13      hear from a customer than an associate.

14  Q   Okay.  And the first time that you ever heard from any

15      attorney inside or outside of Terminix about Mr. Barrow

16      was about October of 2008, is that right?

17  A   October of 2008 is when I was approached for this to give

18      a deposition.  Now, I know in that deposition you

19      referred to a letter that you said you had sent to me

20      when I was at ServiceMaster.

21  Q   Right.

22  A   And I said, I could have received that.  I assume if it

23      was sent that was probably sent through certified mail or

24      something where you could -- could track that.

25  Q   And you don't recall what you did with that letter when

**Katrina Helmkamp - November 03, 2009**

22

```
 1        you received it?
 2   A    No.  If -- if I received that letter, which I know you
 3        described as stating that there would be possible class
 4        action -- I know I would have referred it to, again,
 5        legal and/or human resources to investigate.
 6   Q    Okay.  But -- are you disputing that you received the
 7        letter I sent you in October of 2005?
 8   A    I'm saying that I don't -- October of 2005?
 9   Q    Sorry, '6.
10   A    October of 2006.  I'm saying I don't recall receiving
11        it --
12   Q    Okay.
13   A    -- but it is quite possible you did.  And I assume if you
14        sent it, that you sent it with certified mail or
15        something.
16   Q    Okay.  But the first time you -- you spoke with any
17        attorney about Mr. Barrow's situation was around October
18        of last year, and that was with Sherry Brooks?
19   A    Yes, that's correct.
20   Q    Okay.  So between October of 2006, at least when -- when
21        my letter was sent, and October of 2008, there was no
22        discussion with you by anybody about this matter?
23   A    No, there was not.
24   Q    Attorneys at least, is that right?
25   A    That's correct.
```

**Katrina Helmkamp - November 03, 2009**

23

1   Q   Okay.  Now, you, as the president of -- of Terminix and

2       then later ServiceMaster, were not involved in the local

3       -- hiring of local employees, correct, absent other than

4       maybe a branch manager?

5   A   That's correct.  I was not involved in local hiring.  If

6       I was involved at all, it was at a branch manager level,

7       which was typically to review test scores and output when

8       we were getting ready to promote somebody to a branch

9       manager.

10  Q   Okay.  And you didn't review or collect applications that

11      were sent or -- or left at the local branch offices,

12      right?

13  A   No, I did not.

14  Q   And it wasn't your job to -- to hire anyone at the local

15      branches at a level lower than, perhaps, branch manager,

16      correct?

17  A   That's correct.

18  Q   And you don't know what conversations took place between

19      Mr. Barrow and Mr. Venturella about Mr. Barrow's

20      application or potential hire by Terminix, correct?

21  A   No, I don't.

22  Q   All right -- that is correct?

23  A   That is correct.

24  Q   All right.  And you don't know what Mr. Barrow told

25      Mr. Venturella about his criminal background or history,

**Katrina Helmkamp - November 03, 2009**

24

1      do you?

2   A   No, I don't.

3   Q   And you don't know what Mr. Venturella said to Mr. Barrow

4      about those matters, do you?

5   A   No.

6   Q   And you don't know what Mr. Venturella said, if anything,

7      to people at a local level about any of those letters

8      that Mr. Metzger showed you, correct?

9   A   That's correct.

10  Q   You don't know if Mr. Venturella expressed displeasure

11     about the fact that those letters were sent?

12  A   I don't know.

13  Q   Okay.  And to the best of your knowledge, at no time

14     during your tenure at Terminix/ServiceMaster was there

15     ever an investigation of racial discrimination at the

16     Dayton, Ohio branch that was supervised by

17     Mr. Venturella, is that right?

18              MR. METZGER:  Objection.

19  A   That's correct.  I'm not aware of any.

20              MR. TORCHIA:  Those are all the questions I

21     have at this time.

22

23              FURTHER EXAMINATION

24     BY MR. METZGER:

25  Q   Ms. Helmkamp, you indicated that you would have recalled

25

```
 1          receiving the four letters I showed to you that are dated

 2          during a ten day period of July 15 through July 25 if

 3          they came in.  Why are you so confident of that?

 4    A     As I mentioned, even with my assistant opening the mail,

 5          she would have still put a copy on my desk.  She probably

 6          would have called my attention to the fact that I was

 7          receiving four letters in such a short time period from

 8          the same person.  If she hadn't, I would have noticed it.

 9          And I feel strongly I would, therefore, remember the

10          name.

11                    MR. TORCHIA:  Objection.  Move to strike.

12    Q     (BY MR. METZGER)  And did you, based upon any such

13          alleged letters, indicate that Mr. Barrow should not be

14          hired by the company?

15    A     No.

16    Q     Did you tell anybody that any action should be taken

17          against Mr. Barrow?

18    A     No.

19                    MR. METZGER:  Thank you.  I have no further

20          questions.

21                    MR. TORCHIA:  Nothing further.

22                    THE WITNESS:  Okay.

23                    THE VIDEOGRAPHER:  The time is 2:37 p.m.  This

24          concludes the videotaped deposition of Katrina Helmkamp.

25          (The videotaped deposition was concluded at 2:37 p.m.).
```

26

CERTIFICATE

STATE OF MICHIGAN    )
                     )  ss
COUNTY OF BERRIEN    )


          I certify that this transcript, consisting of

25 pages is a complete, true, and correct record of the

testimony of KATRINA HELMKAMP held in this case on

November 3, 2009.

          I also certify that prior to taking this

deposition the witness was duly sworn to tell the truth.

          I also certify that I am not a relative or

employee of or an attorney for a party, or financially

interested in the action.

          In witness whereof I have hereunto set my hand

this    4th    day of November, 2009.




                              *Karyn S. Schultz*
                              Karyn S. Schultz (CSR-4269)
                              Notary Public in and for
                              Berrien County, Michigan



My commission expires 10-5-2011

Samuel Barrow v.
Terminix International Company, L.P., et al

Katrina Helmkamp
November 03, 2009

**0**

**05 (1)**
7:15
**06 (1)**
16:25

**1**

**10 (1)**
13:2
**10,000 (3)**
6:4,7;21:12
**11 (1)**
13:11
**15 (2)**
10:2;25:2
**19 (1)**
12:14

**2**

**2:09 (1)**
3:9
**2:37 (2)**
25:23,25
**2005 (13)**
4:22;6:18;10:2;
11:23;12:14;13:3,12;
14:17;16:12,18,20;
22:7,8
**2006 (7)**
5:2;16:21,22,23;
17:5;22:10,20
**2007 (9)**
4:15;5:8;15:25;
16:2,4,6;17:5,13;18:1
**2008 (3)**
21:16,17;22:21
**2009 (1)**
3:9
**21 (1)**
13:2
**211 (1)**
3:10
**2315 (1)**
4:8
**25 (2)**
13:12;25:2

**3**

**300 (3)**
6:2,19;7:21
**3rd (1)**
3:9

**4**

**40 (1)**
16:14
**400 (1)**

6:19
**45 (1)**
16:15

**6**

**6 (1)**
22:9
**60201 (1)**
4:9

**7**

**7 (1)**
10:2

**8**

**8 (1)**
12:13

**A**

**able (1)**
8:22
**absent (1)**
23:3
**absolutely (2)**
16:3;17:19
**accusations (1)**
15:24
**acquisitions (1)**
7:10
**across (3)**
6:3;20:16,21
**action (2)**
22:4;25:16
**address (5)**
10:9,11,12,18;
12:17
**admin (1)**
8:3
**administrative (2)**
7:3;18:19
**affairs (1)**
7:18
**afternoon (2)**
4:3,4
**again (4)**
11:4;12:7,17;22:4
**against (1)**
25:17
**ago (1)**
20:18
**allegation (5)**
17:14,15,18;18:2,6
**allegations (1)**
18:2
**alleged (4)**
11:25;12:9;13:23;
25:13
**allegedly (4)**
9:24;10:10;13:11;

14:1
**alleges (4)**
17:12,16,25;18:4
**Almost (1)**
17:9
**although (1)**
16:21
**amount (1)**
16:11
**and/or (1)**
22:5
**Angela (4)**
17:21,23,25;18:4
**anticipates (1)**
6:5
**application (1)**
23:20
**applications (1)**
23:10
**applied (2)**
8:17;9:22
**approached (1)**
21:17
**approximately (5)**
5:10;6:6,15;7:15;
20:18
**area (1)**
6:9
**areas (1)**
7:11
**Arlen (1)**
7:14
**around (1)**
22:17
**assistant (6)**
7:3;18:19;19:4,9,
12;25:4
**associate (1)**
21:13
**associates (2)**
6:4;21:12
**assume (2)**
21:22;22:13
**assumed (1)**
21:10
**attention (1)**
25:6
**attorney (2)**
21:15;22:17
**Attorneys (1)**
22:24
**August (3)**
5:8;16:22,23
**Avenue (1)**
4:8
**aware (2)**
9:9;24:19

**B**

**back (4)**
17:4;19:2,14,17
**background (9)**

8:10,13,14,19,24;
9:5,7,12;23:25
**bar (5)**
15:25;16:1,4;17:13,
17
**Barrow (38)**
3:5,18;9:14,17,19,
22,24;10:17;11:10,14,
25;12:9,10;14:1,5,7,9,
13,18,22;15:1,5,11,
15,18,25;17:18,21;
18:1,5;21:6,10,15;
23:19,24;24:3;25:13,
17
**Barrow's (2)**
22:17;23:19
**based (6)**
4:16,17;5:13,14,18;
25:12
**became (2)**
7:14;17:10
**beginning (1)**
16:2
**behalf (3)**
3:15,17;8:6
**Benton (1)**
4:17
**best (1)**
24:13
**Bill (1)**
7:14
**Bobby (1)**
15:5
**both (4)**
5:23;6:1,3;8:1
**bottom (2)**
10:6;13:22
**Brackett (1)**
7:7
**branch (13)**
7:20,22;8:1;13:25;
19:3,14,17;23:4,6,8,
11,15;24:16
**branches (14)**
6:3,15,16,19;7:21,
23;16:18;17:1,9;
19:25;20:1,2,10;
23:15
**briefly (2)**
5:20;16:1
**Brooks (1)**
22:18
**business (7)**
5:24;7:9,10;8:8,9,
17;11:7
**businesses (1)**
8:5

**B**

**call (2)**
4:10;14:5
**called (1)**

25:6
**came (1)**
19:5,16;20:16;25:3
**Can (3)**
4:5;5:20;17:8
**career (1)**
11:19
**Carter (1)**
7:17
**Caulfield (2)**
15:2;18:6
**centers (1)**
7:21
**CEO (1)**
11:3
**certified (5)**
14:11;19:22;20:5;
21:23;22:14
**cetera (1)**
11:9
**CFO (1)**
11:19
**charge (4)**
7:9,18,22;12:7
**check (4)**
9:5,7,8,12
**checked (1)**
8:24
**checks (6)**
8:10,13,14,15,19;
9:1
**chief (8)**
7:7,11,12,16;11:20,
21,22;12:6
**chosen (1)**
8:22
**CIO (1)**
12:6
**class (1)**
22:3
**closer (1)**
6:19
**co-counsels (1)**
7:17
**collect (1)**
23:10
**collection (2)**
20:4,9
**commercial (1)**
7:8
**communication (1)**
11:14
**companies (2)**
5:5;11:8
**Company (23)**
3:6;5:22;6:2,6,7,17;
8:6,12,22,25;9:9,11,
22,24;11:6,11;12:2,
11;14:2;17:2,3,11;
25:14
**competitive (1)**
8:20
**competitors (1)**

Samuel Barrow v.
Terminix International Company, L.P., et al

Katrina Helmkamp
November 03, 2009

9:3
complained (1)
　19:1
complaint (5)
　19:2,6,12,13,16
concentrated (1)
　6:12
concluded (1)
　25:25
concludes (1)
　25:24
conduct (2)
　8:10,19
conducted (1)
　8:13
conferences (1)
　15:15
confident (4)
　16:22;20:21;21:5;
　25:3
consistent (1)
　20:1
consumed (1)
　16:24
consumer (2)
　19:13,16
consumers (2)
　8:23;9:2
consumers' (1)
　8:8
contained (1)
　19:1
containt (1)
　19:1
contents (4)
　10:22;12:22;13:8,
　18
control (4)
　6:1;7:9;8:2,2
conversation (4)
　15:17,20;17:20;
　18:8
conversations (1)
　23:18
COO (1)
　11:20
copied (1)
　10:7
copy (3)
　19:11;21:3;25:5
Corporation (1)
　4:13
counsel (1)
　3:12
Court (4)
　3:7,19;4:6;5:20
criminal (4)
　8:14;9:5,7;23:25
Crump (1)
　7:16
currently (1)
　4:12
customer (3)

21:8,11,13
customers (4)
　6:3,4;8:12;21:12
customers' (2)
　8:5,9

**D**

dated (4)
　10:2;12:14;13:2;
　25:1
David (1)
　3:17
day (1)
　25:2
Dayton (11)
　14:16;15:25;16:1,4,
　6,18,20,22;17:13,17;
　24:16
December (1)
　5:2
Defendants (2)
　3:7,16
delivery (1)
　20:10
deposition (6)
　3:4;20:18;21:18,18;
　25:24,25
describe (1)
　20:13
described (1)
　22:3
desk (5)
　19:11;20:16,21;
　21:3;25:5
development (1)
　7:10
differentiation (1)
　8:21
direct (1)
　7:3
directly (5)
　7:4;11:24;12:8;
　14:2;18:19
discretion (2)
　18:25;19:2
discrimination (1)
　24:15
discuss (12)
　10:22;11:10,25;
　12:9,22;13:8,18;
　14:18;15:1,5,11;16:1
discussion (1)
　22:22
displeasure (1)
　24:10
disputing (1)
　22:6
District (2)
　3:7,8
Division (1)
　3:8
documents (1)

9:25
Doug (2)
　15:18,20
driving (1)
　8:25
drug (3)
　8:15,24;9:6
duly (1)
　3:23
During (6)
　9:15;14:2;15:10;
　16:16;24:14;25:2

**E**

early (2)
　16:20;17:13
either (3)
　17:9;19:7;20:22
e-mail (2)
　10:12;14:7
employed (8)
　4:18;9:11,16;10:19;
　11:11;12:1,11;13:20
employee (2)
　9:11;19:6
employees (3)
　6:7,12;23:3
ended (1)
　17:2
entire (1)
　6:22
equity (2)
　17:4,11
Ernest (1)
　11:17
Ernie (1)
　11:19
et (1)
　11:9
Evanston (1)
　4:8
even (1)
　25:4
EXAMINATION (3)
　4:1;18:16;24:23
examined (1)
　3:24
exception (1)
　9:10
exceptions (1)
　9:13
Exhibit (4)
　10:1;12:13;13:2,11
explain (1)
　5:20
Express (2)
　14:13,14
expressed (1)
　24:10

**F**

facsimile (1)
　14:9
fact (2)
　24:11;25:6
fair (1)
　16:11
false (8)
　17:14,15,18,19;
　18:2,3,6,7
fax (1)
　14:9
February (1)
　7:15
Federal (1)
　14:14
feel (1)
　25:9
few (4)
　6:12,13;8:3;17:7
field (3)
　16:11;17:7,7
financial (2)
　7:12;11:22
find (1)
　21:1
firm (1)
　17:4
first (10)
　3:23;6:18;10:1,9;
　16:16;19:14;21:7,9,
　14;22:16
focused (2)
　17:1,8
follow (1)
　19:19
followed (1)
　20:23
follows (1)
　3:24
four (2)
　25:1,7
franchisees (1)
　6:13
full (2)
　4:6;9:12
full-time (1)
　9:11
functional (1)
　7:11
further (4)
　18:14;24:23;25:19,
　21

**G**

George (6)
　3:7,16;9:15;13:24,
　25;14:16
given (1)
　19:10
giving (1)
　19:6
Goetz (3)

12:4,6,10
Golden (1)
　7:8
Goldenberg (1)
　7:19
Good (4)
　4:3,4,12;7:13
government (1)
　7:18
group (1)
　5:3
growth (1)
　5:23

**H**

habits (1)
　19:9
Harbor (1)
　4:17
hard (1)
　21:1
head (3)
　7:8,13,14
heads (1)
　7:11
hear (2)
　9:21;21:13
heard (3)
　21:7,9,14
Hearsay (1)
　11:15
heavily (1)
　6:12
Helmkamp (9)
　3:5;22;4:7,10,18;
　18:13,18;24:25;25:24
herein (1)
　3:23
high (1)
　5:23
Hilltop (1)
　3:10
hire (2)
　23:14,20
hired (3)
　4:23;9:4;25:14
hiring (2)
　23:3,5
history (1)
　23:25
home (4)
　8:23;20:7,8,10
homes (2)
　8:5,8
Howard (1)
　7:12
HR (6)
　7:13,15;15:9;19:7,
　10;20:24
human (2)
　15:9;22:5
Hyatt (4)

Samuel Barrow v.
Terminix International Company, L.P., et al

Katrina Helmkamp
November 03, 2009

17:21,23,25;18:4

## I

identify (1)
3:12
Illinois (1)
4:9
important (2)
8:19;9:1
improvement (1)
5:24
indicate (5)
10:14,17;11:13;
14:21;25:13
indicated (1)
24:25
indicating (1)
10:6
indication (1)
12:17
individual (1)
9:14
individuals (4)
7:1;8:4,11;9:10
information (3)
7:16;12:6;20:1
initially (2)
7:13;19:17
inside (1)
21:15
International (1)
3:6
into (7)
4:23;6:20;8:4,8;
14:2;16:24;19:10
introduce (1)
4:5
investigate (2)
19:7;22:5
investigation (1)
24:15
involve (1)
19:22
involved (3)
23:2,5,6

## J

James (1)
12:4
January (1)
4:22
Jim (1)
12:6
job (1)
23:14
John (2)
11:24;12:8
joined (4)
4:15,24;6:18;7:2
Jonathan (2)
10:25;11:10

Joseph (1)
3:10
July (7)
10:2;11:23;12:14;
13:2,12;25:2,2
Jury (2)
4:5;5:20

## K

Katrina (4)
3:5,22;4:7;25:24
kick-off (1)
16:19
knowledge (1)
24:13

## L

last (1)
22:18
later (2)
16:25;23:2
lawsuit (2)
21:7,9
learned (2)
19:4,9
least (4)
19:24;21:3;22:20,
24
Lee (1)
7:16
left (2)
5:8;23:11
legal (4)
19:7,10;20:24;22:5
letter (30)
10:3,6,9,14,19,22,
25;11:25;12:4,9,14,
20,22;13:2,5,8,11,13,
15,18,23;14:1,11,13;
19:19;21:19,25;22:2,
7,21
letters (10)
9:24;11:14;14:22;
20:15;21:4;24:7,7,11;
25:1,7,13
level (6)
5:23;7:20,24;23:6,
15;24:7
likely (1)
21:12
limited (1)
17:6
lines (1)
6:1
little (1)
6:19
Littler (1)
3:14
local (8)
7:20,24;23:2,3,5,11,
14;24:7

located (1)
3:10
location (1)
14:16
locations (1)
6:20
long (3)
4:14,25;5:6
look (1)
19:10
Lou (1)
7:9
Lowe (1)
15:5
lower (1)
23:15
LP (1)
3:6

## M

Maher (3)
15:7,8,12
Maids (1)
11:8
Mail (13)
14:13;18:23,25;
19:1,21,22,22,24;
20:2,4;21:23;22:14;
25:4
making (3)
17:17;18:1,5
manager (6)
7:22;13:25;23:4,6,
9,15
managers (1)
7:20
many (2)
6:15;21:4
marked (1)
10:1
marketing (1)
7:12
material (1)
19:25
Matt (2)
15:7,8
matter (4)
3:5,16;9:15;22:22
matters (1)
24:4
may (5)
4:10;12:10,18;21:6,
7
maybe (1)
23:4
mean (1)
20:7
means (2)
16:19;20:22
meet (1)
9:17
meetings (1)

15:15
Memphis (4)
5:14,15,19;17:9
Mendelson (1)
3:15
mentioned (1)
25:4
Merry (1)
11:8
met (4)
9:19;15:22;17:23;
18:11
Metzger (12)
3:14,14;4:2;11:17;
14:25;18:13;20:15;
24:8,18,24;25:12,19
Mexico (2)
6:13,14
Michigan (2)
3:11;4:17
million (2)
6:3;21:11
moment (3)
12:14;13:3,12
more (4)
6:2;7:20;20:4;
21:12
Move (1)
25:11
moved (1)
6:20
moving (4)
8:14,25;9:7;16:24
Mrozek (3)
11:17,19;12:1
much (1)
18:13

## N

name (12)
4:6,7;9:15;10:6,25;
11:17;12:4;13:22;
15:18;20:20;21:5;
25:10
named (2)
17:20;18:8
Nathan (2)
15:2;18:6
new (4)
7:10;16:12,24;
17:10
next (1)
6:20
nobody (1)
20:23
none (1)
20:15
Norm (1)
7:19
noticed (1)
25:8
November (2)

3:9;5:2
Number (5)
10:2;11:7;12:13;
13:2,11

## O

Objection (4)
11:15;14:23;24:18;
25:11
occasion (1)
8:8
October (9)
4:15;21:16,17;22:7,
8,10,17,20,21
offer (1)
9:2
office (5)
5:15;19:16;20:7,8,
11
officer (8)
7:7,12,13,16;11:20,
22,22;12:6
offices (1)
23:11
Ohio (8)
3:8;15:25;16:2,4,6,
17:13,17;24:16
one (5)
4:18;12:4;15:8;
16:13,17
only (1)
21:11
open (1)
18:25
opening (2)
18:22;25:4
operating (4)
7:6,7;11:20,22
operation (1)
6:22
operations (1)
5:18
opportunity (1)
10:4
Osborn (2)
18:9,11
out (6)
16:13;17:6,7;19:25;
20:1,2
output (1)
23:7
outside (2)
6:13;21:15
over (6)
6:2,9,11,19;7:21;
19:4
overall (1)
5:24
overnight (1)
20:6
oversee (1)
6:22

Samuel Barrow v.
Terminix International Company, L.P., et al

Katrina Helmkamp
November 03, 2009

owned (1)
6:2

**P**

parent (2)
8:22;11:6
part (3)
16:18,21;17:4
people (4)
7:6;8:3;15:9;24:7
perform (1)
8:5
performing (1)
8:11
perhaps (1)
23:15
period (3)
21:5;25:2,7
permanent (1)
4:8
person (6)
15:17;17:20;18:8,
22;21:4;25:8
pest (4)
6:1,4;7:8;8:1
place (1)
23:18
places (1)
8:9
Plaintiff (3)
3:18;10:1,1
Plaintiff's (3)
12:13;13:2,11
please (6)
3:13,20;4:5;12:14;
13:3,12
plus (2)
7:3,21
pm (3)
3:10;25:23,25
point (3)
8:20;11:23;16:15
points (1)
11:19
policy (1)
8:16
Poplar (1)
4:8
position (3)
4:23;9:22;11:21
positions (1)
7:4
possible (2)
22:3,13
potential (1)
23:20
president (17)
4:24,25;5:1,3,9,13,
21;6:17,22,25;7:2,5;
8:18;9:9;16:12,16;
23:1
previously (1)

9:25
private (2)
17:3,11
probably (4)
16:19;21:11,23;
25:5
process (3)
9:12;17:2;20:11
profitability (1)
5:25
promote (1)
23:8
promoted (1)
5:2
purpose (1)
16:8
purposely (1)
16:13
put (2)
19:11;25:5

**Q**

quite (1)
22:13

**R**

racial (1)
24:15
ready (1)
23:8
really (2)
8:16;20:12
recall (4)
16:18;17:4;21:25;
22:10
recalled (1)
24:25
received (10)
11:13;14:22;20:25;
21:1,2,3,22;22:1,2,6
receiving (3)
22:10;25:1,7
recognize (2)
20:17,20
record (3)
3:3,13;9:8
referred (2)
21:19;22:4
referring (1)
13:23
reflect (1)
3:3
regarding (3)
15:15,18;17:21
region (1)
16:17
regional (1)
15:8
regions (3)
16:14,15,16
relates (1)

11:4
remain (1)
5:6
remember (5)
11:21;15:8;17:8;
21:5;25:9
reported (1)
18:19
reporter (1)
3:19
reporting (4)
7:1,4;11:24;12:8
reports (1)
7:3
representatives (2)
7:25;8:7
reps (1)
8:3
requirement (1)
9:10
residence (1)
4:8
resolution (3)
19:3,5,14
resolve (1)
19:18
resolved (1)
19:19
resources (2)
15:9;22:5
respect (1)
6:15
responsibilities (1)
5:21
responsibility (3)
5:23,25;6:1
responsible (2)
5:4;18:22
rest (1)
17:5
reverse (1)
20:11
review (7)
10:3,4;12:15;13:3,
13;23:7,10
right (14)
5:12;6:8;18:21;
19:3,15;20:8,19;
21:16,21;22:24;
23:12,22,24;24:17
Rix (4)
15:18,20;17:12,16
Road (1)
3:10
role (4)
5:3;6:20;7:15;
16:24
roles (2)
5:10;7:6
Rossi (1)
7:9
roughly (1)
20:19

Russell (2)
18:9,11

**S**

sale (2)
17:2,10
sales (4)
7:25;8:3,7;16:19
Sam (3)
3:18;17:18;18:1
same (4)
20:9,11;21:4;25:8
Samuel (5)
3:5;9:14;15:18;
17:21;21:10
saw (2)
18:25;20:23
saying (2)
22:8,10
scores (1)
23:7
secretary (1)
20:22
send (7)
14:9,11,13;19:2,13,
17,24
sent (16)
9:24;10:10,14,15;
12:10,18;14:2;21:19,
23,23;22:7,14,14,21;
23:11;24:11
served (1)
5:9
service (7)
5:25;7:21,24;8:1,2,
4,7
ServiceMaster (30)
5:3,7,8,12;6:21;
8:16,17,21;11:3,4,6,7,
20;12:7,25;13:6,9,16,
19;14:3,18;15:1,4,11,
14;16:25;17:3,6;
21:20;23:2
services (2)
8:5,11
Sherry (1)
22:18
short (2)
21:4;25:7
show (2)
9:25;12:13
showed (3)
20:16;24:8;25:1
shows (1)
13:22
sic (1)
19:1
single (1)
16:13
situation (1)
22:17
size (1)

6:5
Small (1)
7:14
sold (1)
17:3
somebody (1)
23:8
someone (6)
7:18;17:12,16,25;
18:4;20:12
somewhere (1)
16:14
Sorry (1)
22:9
Southern (1)
3:8
speaking (1)
15:24
spent (2)
16:11;17:9
spoke (2)
17:12;22:16
spring (1)
16:20
St (1)
3:10
start (1)
4:21
started (1)
4:22
starting (1)
16:23
starts (1)
13:24
state (1)
4:6
statements (3)
17:17;18:1,5
States (1)
6:9
stating (1)
22:3
step (1)
19:14
Steve (3)
7:12,13,17
still (2)
20:13;25:5
strike (1)
25:11
strongly (1)
25:9
sued (1)
9:14
supervised (1)
24:16
Sure (2)
4:7;16:10
swear (1)
3:20
sworn (1)
3:23
system (5)

Samuel Barrow v.
Terminix International Company, L.P., et al

Katrina Helmkamp
November 03, 2009

19:21,24;20:2,10,
10

## T

**techs (5)**
7:24;8:1,2,4,7
**ten (2)**
7:2;25:2
**Tennessee (1)**
5:19
**tenure (1)**
24:14
**Terminix (52)**
3:6,15;4:19,21,22,
23,24,25;5:1,4,6,9,13;
6:11,11,16,23,25;7:2;
8:10,13,16,18;9:4,14,
16,21;10:20,23;11:5,
8;12:20,23;13:5,9,15,
19;14:3,17,17,25;
15:4,9,10,14;16:12;
19:21;20:13;21:10,
15;23:1,20
**Terminix/ServiceMaster (1)**
24:14
**termite (3)**
6:1,4;8:2
**Terry (1)**
7:17
**test (3)**
8:24;9:7;23:7
**testified (2)**
3:24;18:18
**testimony (2)**
20:14,15
**tests (1)**
8:15
**therefore (1)**
25:9
**thought (3)**
9:1;21:6,7
**three (2)**
7:6;9:6
**Today (2)**
3:9;18:14
**token (1)**
20:9
**told (1)**
23:24
**Tom (2)**
3:14;7:7
**took (1)**
23:18
**Torchia (8)**
3:17,17;11:15;
14:23;18:17;24:20;
25:11,21
**total (1)**
5:12
**track (1)**
21:24
**trips (1)**

17:7
**TruGreen (4)**
5:4;11:8;17:1,8
**Tuesday (1)**
3:9
**two (6)**
5:4;6:3;7:16;11:8;
16:17;21:11
**two-and-a-half (1)**
5:10
**types (1)**
7:4
**Typically (5)**
16:16;19:4,6,17;
23:7

## U

**ultimately (3)**
16:24;17:3,10
**Um-hmm (1)**
11:1
**United (1)**
6:9
**units (2)**
8:17;11:7
**up (4)**
13:22;17:2;19:19;
20:23
**upon (1)**
25:12

## V

**variety (1)**
6:25
**various (2)**
7:11;11:19
**vehicle (4)**
8:14,25;9:1,8
**Venturella (12)**
3:7,16;9:15;14:16,
19,21;23:19,25;24:3,
6,10,17
**Ventureus (1)**
13:25
**versus (2)**
3:5;21:10
**VIDEOGRAPHER (3)**
3:3,19;25:23
**videotaped (3)**
3:4;25:24,25
**viewed (1)**
8:20
**visit (2)**
16:17,22
**visited (2)**
16:13,20
**visiting (2)**
16:15,18
**visits (1)**
16:25

## W

**Ward (5)**
10:25;11:10,13,24;
12:8
**Ward's (1)**
10:25
**way (1)**
14:5
**Wayne (1)**
7:8
**Western (1)**
3:8
**whatsoever (1)**
12:25
**Wheel (1)**
7:17
**Whirlpool (4)**
4:13,14,15,16
**within (5)**
5:3;6:9;8:1;11:6;
16:24
**witness (1)**
3:20,23;25:22
**work (2)**
4:12,13
**worked (1)**
4:14
**working (3)**
4:21;14:16;17:10
**worldwide (1)**
6:10
**written (1)**
13:12

## Y

**year (4)**
16:16;20:18,18;
22:18
**years (1)**
5:10
**York (1)**
17:10
**Young (1)**
7:14

Johnathon Ward
President
ServiceMaster
July 15, 2005


Dear Johnathon Ward:

ServiceMaster is a very dishonest company, along with Terminix!

There is nothing godly about discrimination against minorities and providing bogus service to termite and pest customers, as demonstrated in a multitude of customer concerns that I forwarded to your office and racism in hiring.

The behavior of Terminix is an outrage and there is no telling how many people will come forward if a class action is filed!

I have seen numerous customers taken advantage of as well as volumes of minority turned away from job opportunities.

Even when Terminix is accepting applications, minorities are told that the company is not hiring, while caucasians are given applications or asked to submit resumes.  This is not right in terms of the laws of Federal/State racial discrimination laws.

I was advised that higher management was upset at my speaking up and this may jeopardize my opportunities at Terminix.


Respectfully,

*Samuel R_____*

Samuel Barrow

CC:   Katrina Helmkamp, President Terminix
        Ernest Mrozek, ServiceMaster
        James Goetz, ServiceMaster



July 19, 2005

Dear Katrina Helmkamp;

I am concerned by the unethical behavior on the part of Terminix in terms of not only racial discrimination, but also in regard to questionable practices in terms of the service to pest/termite customers. ServiceMaster is parent company and it responsible for the conduct.

If Terminix does not change the evil course it has taken, the company may face two separate class actions. One for termite and pest customers, the other for minorities that have been the victims of racial discrimination. It is racist to give applications for employment to caucasians.

I have observed Terminix staff throw the applications away of Black applicants, but process those of caucasians. The Federal/State racial discrimination laws do not allow such behavior.

Your company and stockholders should not prosper from poor service and unethical behavior. It is quite obvious that a lot of people have been victimized, and that a large group of individuals have be affected by questionable practices.

Sincerely,

Samuel Barrow

CC:    Johnothan Ward; ServiceMaster


PLAINTIFFS EXHIBIT

July 21, 2005

Dear Katrina Helmkamp and Johnothan Ward:

ServiceMaster makes over 365 million per year and Terminix makes a large sum as well.

The way to achieve this prosperity would ideally be with excellent service, "not" defrauding customers and engaging in questionable practices!

The combination of racism, along with your evil against customers, is immoral. Regardless, of what job promises Terminix has made to me personally, I cannot allow you to give the shaft to the residents in my state, or any other.

I would not be surprised if one day ServiceMaster/Terminix face litigation for the multitudes that have been impacted over the decades.

In addition to the EEOC, I am notifying the Attorney General.

Reps brag about talking clients into signing contracts beyond their needs. In addition, clients have to beg for services. Terminix techs also don't do annual inspections and cover-up property damage.

I am notifying the Attorney General about the companies'. fraud.

It is unlawful for Terminix to not do annual inspections and conceal damage to customer's homes.

Samuel Barrow

Johnothan Ward, ServiceMaster


PLAINTIFF'S EXHIBIT

July 25, 2005

Re: Investigation of Racism

Dear Terminix President Katrina Helmkamp:

There needs to be a national investigation on Racism at Terminix and ServiceMaster.

It is bold and racist to tell potential minority applicants that the company is not hiring; then to turn around and give caucasian applicants the red carpet.

I am giving the company an opportunity prior to speaking to the appropriate officials.


Respectfully,

Samuel Barrow

Samuel Barrow


cc:
Johnaton Ward, ServiceMaster
George Ventureus, Branch Manager


PLAINTIFF'S EXHIBIT